# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@Kousouros.com

April 3, 2013

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: U.S. v. Fabian Mihaj
            Docket No.: 11-CR-486 (DLI)(JMA)

Dear Judge Irizarry;

    This letter is respectfully submitted to inform the Court that a plea has been scheduled in the above captioned matter before Magistrate Judge Joan M. Azrack on April 10, 2013 at 3:30 p.m. Request is respectfully made that the undersigned be excused from appearing at the status conference scheduled before Your Honor on April 17, 2013.

    Thank you for your courtesy and consideration.

                                            Very Truly Yours,
                                          _____/s/_____
                                          James Kousouros

cc:      AUSA Steven Tiscione