## CRIMINAL CAUSE FOR PLEADING

**BEFORE:** <u>MAGISTRATE JUDGE AZRACK</u>   **DATE:** <u>4/10/2013</u>
USA v. Fabian Mihaj                                          <u>11-CR-486 (DLI)</u>

**DEFENDANT'S NAME:** <u>Fabian Mihaj</u>
    _X_ present  __ not present  _X_ custody  __ bail

**DEFENSE COUNSEL:** <u>James Kousouros</u>
    _X_ present  ___ not present  ___ CJA  _X_ RET  __ PDA

**AUSA:** <u>Steven Lawrence Tiscione</u>   **LAW CLERK:** <u>Robert Terranova</u>

**INTERPRETER:** _____   **Language:** _____

**FTR:** Tape # <u>3:44-4:07</u>

_X_  CASE CALLED
_X_  DEFENDANT:  _X_ SWORN  _X_ INFORMED OF RIGHTS
___  WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
___  INFORMATION FILED
___  DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
_X_  DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT 3 OF THE INDICTMENT (Lesser Included Offense)
_X_  COURT FINDS FACTUAL BASIS FOR THE PLEA
_X_  SENTENCING SET FOR: <u>Judge Irizarry will issue an order setting the sentencing date and the date for disclosure of the presentence report.</u>
___  SENTENCING TO BE SET BY PROBATION
_X_  BAIL:  __ SET  ___ CONT'D FOR DEFT.  _X_ CONT'D IN CUSTODY
_X_  TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.