

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:GMP
F.# 2010R01661

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 5, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:  United States  v. Fabian Mihaj
          Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter to request that the sentencing for the above-referenced defendant, currently scheduled for September 20, 2013, be adjourned until October 1, 2013.  Due to a work-related conflict, undersigned counsel will be out of office and unavailable on September 20.  Defense counsel consents to this request.  Thank you for your consideration.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney
                Eastern District of New York

        By:  /s/
             Steven L. Tiscione
             Gina M. Parlovecchio
             Assistant U.S. Attorneys
             (718) 254-6317/6228

cc:  Clerk of the Court (By ECF)
     James Kousouros, Esq. (By ECF)