August 20, 2013

RE: Fabian Mihaj

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

This letter is a letter of character regarding Fabian Mihaj. My name is Gjergj Mihaj, father of Fabian Mihaj. Fabian is my first child of three. When I heard of my sons arrest it was very hard for me to accept in my mind and understand when I brought my family to the United States to prosper and set good lives for themselves.

There are several traits Fabian has that I would like for you to know about. Fabian is generous, giving, and helpful. He always helped and provided for family and close friends with whatever was needed to give them a head start in a good life. He is people oriented and easy going. No matter what type of surrounding he is in he always adapted well to fit in. He is a dedicated and personable man who is always quick on his feet, with a sensible reaction to all circumstances I've seen him in. Your honor, this is the son I raised.

Because of the significant difficulties that will be faced by us his family, I would ask for you, Honorable Irizarry, to grant my son Fabian a sentence of probation or at least the lowest possible sentence. I believe that the loss of his face value, the loss of respect in the community, as well as the freedom that he was afforded prior to this situation, may have taken a bigger effect on his mental state of mind. I am confident he will not repeat his offenses and I cannot imagine that he will ever repeat any illegal activity. I plead you to give him a second chance.

Respectfully,

*Gjergj Mihaj*
Gjergj Mihaj

August 23, 2013

Re: Character Letter for Fabian Mihaj

The Honorable Dora L. Irizarry

United States District Court

Eastern District Of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Irizarry,

My name is Mri Mihaj and I am Fabian Mihaj's mother. I am writing this letter to explain a side of my son to you. My son is a devoted, determined, and honest individual. He shows his devotion by always being there for his family and putting us first before his personal needs. He is always determined to succeed in life. Life was a challenge for him growing up and he always overcame all the challenges successfully. Fabian has always showed respect, consideration and has the highest appreciation for his family and loved ones. Many have been compassionate by Fabian's generosity and good heart.

When the charges that my son is facing where explained to me; my heart broke into a million pieces. As a mother, it is very difficult for me every day to think about and find peace in my mind. I couldn't find the answer to the question that repeated in head which is why?

I beg your Honor to please consider my letter and all the letters given on my son's behalf, when you hand down your sentence. Only you have the ability to give my son a second opportunity.

Sincerely,

*MRI MIHAJ*

Mri Mihaj

TOTAL P.06

August 13, 2013

RE: Character Letter for Fabian Mihaj

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Irizarry,

This letter is being written by Vilson Mihaj brother of Fabian Mihaj. My brother has and will always play an important role in my life; I was taken aback when I heard of the charges filed against him. We experienced many of life's difficulties and conquered them together from our countries economic struggles to family hardship. Our common moral family values always gave us each other to lean on.

I know him to be a trustworthy, honest, family man whose first priority in life is making sure his family is safe, secure and not suffering.

I am aware of what Fabian is being charged for and I believe it could only be due to bad influences and negative surroundings. I strongly feel that if this is the case it would better for him serve the community and not sent to prison. Sentencing him to a term in prison would only cause the society to lose an individual who could be a valuable asset. He has many talented skills in different types of industries such as construction, carpentry and many more.

My brother, Fabian, is a good person who deserves a chance. Convicting him and sending him to prison would only expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life back on track and not let bad decisions alter his life's direction. I honestly believe this occurrence opened his eyes and made him realize the true value of life.

Thanking you,

Yours sincerely

*Vilson Mihaj*

Vilson Mihaj

AUG-30-2013 08:25   BUCKEYE INTERMODAL   2163489947   P.06/06

August 13, 2013

RE: Character Letter for Fabian Mihaj

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Irizarry,

I am Mark Mihaj that's writing this letter, uncle of Fabian Mihaj. I was surprised when I heard that my nephew has gotten arrested for bad influences or illegal things that he did. So we live a little far from New York where my nephew lived, and I live in Florida with my family, we had calls from each other but didn't get to see each other as much since we left our country Albania. Knowing Fabian since he was little for his ability's he was always a hard worker, intelligent, respectful in our big family, and respectful with friends.

I believe that my nephew can change and start a normal life again, he needs a second chance, I have faith on him. I believe that he understands his mistakes and he will be a different person and earn his respect very fast with the normal life he will be living after.

I uncle of Fabian's will ask to please Honorable Irizarry sentence him on probation or to the lowest possible jail time you could do and I have full believe on him. My nephew is someone that can understand his bad influences and will move on in life to forget about the illegal things that he did and also to start society with normal people because this is what we all want for him what the justice want for him and rule of law.

Thank You


Mark Mihaj

*[signature]*

August 19, 2013

Re: Character Letter for Fabian Mihaj

The Honorable Dora L. Irizarry

United States District Court

Eastern District Of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Your Honor,

This letter is a letter of character regarding Fabian Mihaj. My name is Mario Mihaj, uncle of Fabian Mihaj. I have seen Fabian grow up since he was one until he became 10. Then I had to leave the country to start a new life in America with my wife. Though during the time I spent with Fabian, he was a caring, helpful, and honest person and I still think he is. He has visited our family multiple times when he became much older and our kids love him dearly for the person he is. But when I heard the charges filed against Fabian, I was so shocked and kept thinking that it was just a mistake.

There are qualities I would like to share with you about Fabian. He always helped provide for the family. Fabian is so giving and has a big heart when relating with his family. During the time I spent with Fabian when he was younger, we both experienced many financial hardships that our family endured but somehow we always got through it. Though it was tough since our country we were both born and raised in (Albania) was communist at the time we had to make a lot of sacrifices for the better good of the family. So as you can see this was the Fabian I knew and grew up with, a family man.

My nephew Fabian is a caring person who deserves a second chance to turn his life around and repay his mistakes to his friends, family, and community. I know Fabian feels terribly sorry for the mistakes he has made and knows the consequences for his bad actions. But at the same time I know he can become a much better person and help make up for the mistakes he has made. I am also aware of the charges against Fabian. So, Your Honor, I sincerely ask you to give him a second chance or an opportunity to turn his life around for the better. I believe in him that he will learn from his mistakes.

Sincerely Grateful,

*Mario Mihaj* (signature)

Mario Mihaj

September 2, 2013

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Character Reference for Fabian Mihaj

Your Honor,

My name is Shaqe Stakaj and Fabian Mihaj is my nephew. I still remember the day he was born and the joy he brought to our family. Since a young age, Fabian has displayed intelligence and wit in a way beyond his years. He was always extremely smart, in school it seemed that things came a little easier to him as opposed to the other children he was surrounded by. Fabian is a good, intelligent man, and I mean that to the fullest.

I remember Fabian when he was only a kid; it makes me smile thinking of him like that. He may have made some mistakes in his later years, but he is still that same kid at heart. He has a pure heart full of love and he shares that with everyone around him. My kids absolutely love and adore him. He is very charismatic and makes the people around him smile and happy. Because of this, my kids looked up to him. He always showed respect to his elders and this is something that they picked up on and I am proud of that.

We miss Fabian so much and I would hate to see the mistakes he made as a young adult affect him for the rest of his life. He is such a good person and he deserves the chance to live his life and would do anything he needed in order for that to happen. I want to see Fabian succeed as much as I do my own kids. I don't know if you are a parent, but if you are you know the pain we all feel as a family. We are all suffering through this, while knowing that Fabian has the potential and capabilities to achieve so much more. It pains me to see Fabian left behind in time, because of the wrong decision and the wrong friends. We all love and miss Fabian, we pray to God that we'll have him back soon. Your honor, I want to genuinely thank you for taking them time to read this, and possibly consider a few of the things I have mentioned.

Sincerely,

Shaqe Stakaj

1

Kristina Martinaj
9956 Shady Lane
Brooklyn, Ohio 44144
**September 2, 2013**

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

**Re: Character Reference for Fabian Mihaj**

Your Honor,

My name is Kristina Martinaj and Fabian Mihaj is my husbands cousin. Fabian was five when I married my husband and became part of their family. This is when I met Fabian. He was a sweet, young boy who loved to be around his family. Fabian has a huge heart and although he has made some mistakes, he is a good man.

When I first met Fabian, he was such a cute little boy. He would follow me around and want to help me with anything he could. I treated him and loved him like one of my own. As he got older, he continued to help out in any way possible.  When I had my son, Fabian was like an older brother to him. Fabian has always been extremely intelligent. While he watched my son, he would even assist him with his school work. I trusted him with my son and he never let me down.

To this day, Fabian continues to be a man of good heart and caring. We all make mistakes in this long, treacherous journey we call life, but we shouldn't be defined by those mistakes; especially if we are willing to change for the better. I know that whatever Fabian did to get in this predicament, he is more than willing to put the work in so he can fix those mistakes.  Fabian is very proud man, he doesn't forget where he came from, and who helped him along the way. Sometimes I think about how we all miss him and it literally brings tears to my eyes.

In closing, Fabian is kind hearted, takes pride in whatever he does, and he never forgets favors. Just like the rest of us, he has made mistakes. Unfortunately these mistakes have shaped his life for the worst, these past few years. We all pray to God; Your Honor, if you can see past the wrong decision this young man has made and see him for what he is, a protective older brother, a loyal son and a good friend to all. We all love him and miss him immensely. Your honor, thank you for taking the time out of your day to read this letter. God Bless You.

Sincerely,

*Kristina Martinaj*
Kristina Martinaj

Klaudio Martinaj
9956 Shady Lane
Brooklyn, Ohio 44144
(216) 855-2353

September 1, 2013

The Honorable Dora L. Irizarry

United States District Court

Eastern District Of New York

225 Cadman Plaza East

Brooklyn, NY 11201

**Re: Character Reference for Fabian Mihaj**

Your Honor,

My name is Klaudio Martinaj and Fabian is one of my cousins. I have known him my whole life. Because he is a little bit older than me, I always looked up to him growing up. Although he has made some mistakes, Fabian is a good man at heart and this is something I can confirm.

Growing up, Fabian used to babysit me while my parents were working. He took very good care of me and made sure I stayed out of trouble. He would play soccer and other sports with me so that I would get better and be able to defeat the other neighborhood kids. They were all a bit older than me so he always made sure I was protected and didn't let anyone pick on me because I was younger. I will always appreciate him doing this for me even though he didn't have to. I can see the way he protected me when I was little transform to the way he protects his family. Fabian is a very loving person and has a heart so big. He adores and loves his family so much and it is evident. He always wanted me to be the best I could be.

Fabian is the opposite of selfish. He has always been around for me when I needed him, as well as every member of my family. He would give anything to see the people he loves happy. That is what matters to him the most in life. Fabani is extremely caring and I would trust him with anything and everything. He is man of good character and his past mistakes do not define him.

Thank you for taking your time to read this.

Sincerely,

*[signature: Klaudio Martinaj]*

Klaudio Martinaj

1

Ndue Martinaj

9956 Shady Lane

Brooklyn, Ohio 44144

**August 31, 2013**

The Honorable Dora L. Irizarry

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

**Re: Character Reference for Fabian Mihaj**

Your Honor,

My name is Ndue Martinaj and Fabian Mihaj is one of my dearest cousins. I have known him since the day he was born. I have watched him grow up and become a man with qualities that anyone would be proud of. I can confirm that he is a man of integrity.

Fabian has always shown upstanding character. Starting at a young age, he was extremely helpful to everyone around him. He was constantly willing to lend a hand and always made time for others. Fabian used to watch my son when my wife and I were working. My son loved him so much and I completely trusted leaving him with Fabian. He spent a lot of his time helping me out when he had no obligation to. Fabian would give the shirt off of his back in order to help someone else out, whether they asked for it or not. He is considerate and compassionate about the happiness of his friends and family and he puts that above his happiness. In anyone who knows Fabian, this is a very clear trait.

Fabian is very protective of his family. He has always watched over the people in his life to make sure they are safe. He is an exceedingly selfless person in all aspects of the word and one of the most loving people I have ever met in my life. The caring he has for others shines through. Fabian has always been there for me, as a cousin and as a friend. He deserves the best and to have a life of happiness, just like he wishes for everyone else.

Please take into consideration our words in these letters when sentencing Fabian. Give him a second chance and sentence him to the lowest term possible. Thank you for taking your time to read this letter.

Sincerely,

*Ndue Martinaj*

Ndue Martinaj

TheHonorable Dora L. Irizarry

Unites States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

September 1, 2013

RE: Character Letter for Fabian Mihaj

Dear Judge Irizarry,

My name is Antonio Lulgjuraj and am writing this letter on behalf of Fabian Mihaj. I've known Fabian for approximatley ten years now. Fabian is my sister's brother in law. I know him to be a reliable, honest, and trustworthy indiviual. Whenever I needed an opinon for anything he was the one I always went to. I valued his opinion and respected every word. There was a point in my life when I needed physical help in my construction business and Fabian made point to come out and help me finish a contract that I thought I was going to lose. Because of Fabian's knowledge, and his good heart I was able to suceed in pleasing my client.

I am aware of the charges that Fabian is facing and I believe hard times steered him in the wrong direction. Giving him a second chance he will be able to turn his life around. You honor, please consider sentencing Fabian to a lighter sentence so he can be able to start new life and be the person we know he is. Thank you in advance for your time.

Sincerely,

Antonio Lulgjuraj

1

Vitore Bacaj
3041 Cruger Ave
Bronx, NY 10467
(346) 427-0784

September 1, 2013

The Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Character Letter for Fabian Miaj

Dear Judge Irizarry:

I am writing to you regarding Fabian Mihaj, my nephew the son of my sister, whom is currently awaiting your verdict on charges which have shocked our family. Having known Fabian all his life, from the day he was born I was shocked to find out that the sweet boy who always loved me like his own mother, would one day find himself in this situation. Fabian is a very unique person who treats and loves everyone equally, no matter who they are. He is very dedicated and a hard working person. He would go out of his way to help anyone in need. Every person whom he has come in touch with has nothing but positive things to say about him.

I'm not sure how he ended up in front of you but I do know every time he's in front of you he stands in shame, for letting down his family and those who love him. I know Fabian is not capable of any wrong doing and that any of the charges he faces are a result of a bad crowd of people he may have been in contact with.

In the end, I ask you to take into consideration this letter and if you can give my nephew the lightest sentence possible for a second chance to make his life right. He's still at a very young age and I find it hard to believe that a man of his character can't learn from his mistakes and become a productive member of society.

Sincerely

*Vitore Bacaj*
Vitore Bacaj

Dear Judge,

My Name is ▓▓▓▓▓▓ ▓▓▓j. I am six years olde. Fabian is my only Uncle. I miss him a lot. I doht waht him to go away for a Long time. I Like to see him So I can Play With him evry day. I Love him very very much. please help him come home

